UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENDAI D. MUNAUDZI (A-241-019-028),

        Petitioner,

    v.

WARDEN OF CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,

        Respondents.

No.  1:26-cv-4009 TLN CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Petitioner did not pay the court's $5.00 filing fee or file a request to proceed in forma pauperis.  Petitioner is granted 10 days to either pay the filing fee or file an application to proceed in forma pauperis under 28 U.S.C. § 1915.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On May 28, 2026, respondents filed an answer to the habeas petition.  (ECF No. 6.)  On June 2, 2026, the district court granted petitioner's motion for temporary restraining order and referred this matter to the undersigned.  Petitioner is granted ten days to file a reply to respondent's answer.  See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1

1. Petitioner Tendai D. Munaudzi (A-241-019-028) is granted 10 days to either pay the court's filing fee or file an application to proceed in forma pauperis.

2. Petitioner's reply/traverse to respondents' answer, if any, is due within 10 days of the date of this order.

3. The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

4. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  June 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/muna4009.100.2241.imm

2